| | |
|---|---|
| 1 | Joshua A. Burt (SBN 22302) |
| 2 | *joshuaburt@burtlegal.com*<br>Law Office of Joshua A. Burt |
| 3 | 200 East Santa Clara, Suite 200<br>Ventura, California, 93001 |
| 4 | Telephone:  (805) 652-1211<br>Facsimile:  (805) 652-1212 |
| 5 | |
| 6 | Attorney for Plaintiff<br>NICK MILETAK |
| 7 | Lisa C. Hamasaki (SBN 197628) |
| 8 | *lch@millerlawgroup.com*<br>M. Michael Cole (SBN 235538) |
| 9 | *mmc@millerlawgroup.com*<br>MILLER LAW GROUP |
| 10 | A Professional Corporation |
| 11 | 111 Sutter Street, Suite 700<br>San Francisco, CA 94104 |
| 12 | Tel. (415) 464-4300<br>Fax (415) 464-4336 |
| 13 | |
| 14 | Attorneys for Defendant<br>AT&T SERVICES, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK MILETAK<br><br>   Plaintiff,<br><br>   vs.<br><br>AT&T SERVICES, INC. and DOES 1 through 100, inclusive<br><br>   Defendants. | U.S.D.C. Case No.: 3:12-cv-05326-EMC<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |

Please take notice that Plaintiff Nick Miletak and Defendant AT&T Services, Inc. have agreed upon a complete and final resolution of this lawsuit.  The parties expect to file a joint

stipulation of dismissal within 60 calendar days of today's date. Accordingly, the parties expect to file the joint stipulation of dismissal on or before June 7, 2013. If the dismissal is delayed for any reason, the parties will notify the Court.

    The Parties hereby request that the Court take all pending hearing dates, including the Case Management Conference of April 11, 2013 off calendar and stay the proceedings until the filing of a dismissal or a notice that the settlement has failed.

DATED: April 9, 2013                    **LAW OFFICE OF JOSHUA A. BURT**

By: */s/* Joshua A. Burt
     JOSHUA A. BURT
     Attorney for Plaintiff
     NICK MILETAK

Dated: April 9, 2013                    **MILLER LAW GROUP**
                                         **A Professional Corporation**

By: */s/* Lisa C. Hamasaki
     Lisa C. Hamasaki
     M. Michael Cole
     Attorneys for Defendant
     AT&T SERVICES, INC.

IT IS SO ORDERED that the Further CMC is reset to 6/20/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 6/13/13.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

NOTICE OF SETTLEMENT OF ENTIRE CASE