Joshua A. Burt (SBN 22302)
 *joshuaburt@burtlegal.com*
Law Office of Joshua A. Burt
200 East Santa Clara, Suite 200
Ventura, California, 93001
Telephone: (805) 652-1211
Facsimile: (805) 652-1212

Attorney for Plaintiff
NICK MILETAK

Lisa C. Hamasaki (SBN 197628)
 *lch@millerlawgroup.com*
M. Michael Cole (SBN 235538)
 *mmc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK MILETAK<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC. and DOES 1 through 100, inclusive<br><br>Defendants. | U.S.D.C. Case No.: 3:12-cv-05326-EMC<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |

Please take notice that Plaintiff Nick Miletak and Defendant AT&T Services, Inc. have agreed upon a complete and final resolution of this lawsuit. The parties expect to file a joint

stipulation of dismissal within 60 calendar days of today's date.  Accordingly, the parties expect to file the joint stipulation of dismissal on or before June 7, 2013.  If the dismissal is delayed for any reason, the parties will notify the Court.

The Parties hereby request that the Court take all pending hearing dates, including the Case Management Conference of April 11, 2013 off calendar and stay the proceedings until the filing of a dismissal or a notice that the settlement has failed.

DATED: April 9, 2013                    **LAW OFFICE OF JOSHUA A. BURT**


By: */s/* Joshua A. Burt
    JOSHUA A. BURT
    Attorney for Plaintiff
    NICK MILETAK


Dated:  April 9, 2013                   **MILLER LAW GROUP**
                                                **A Professional Corporation**


By: */s/* Lisa C. Hamasaki
    Lisa C. Hamasaki
    M. Michael Cole
    Attorneys for Defendant
    AT&T SERVICES, INC.

IT IS SO ORDERED that the Further CMC is reset to 6/20/13 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 6/13/13.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

NOTICE OF SETTLEMENT OF ENTIRE CASE