Joshua A. Burt (SBN 22302)
  *joshuaburt@burtlegal.com*
Law Office of Joshua A. Burt
200 East Santa Clara, Suite 200
Ventura, California, 93001
Telephone:  (805) 652-1211
Facsimile:  (805) 652-1212

Attorney for Plaintiff
NICK MILETAK

Lisa C. Hamasaki (SBN 197628)
  *lch@millerlawgroup.com*
M. Michael Cole (SBN 235538)
  *mmc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
AT&T SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK MILETAK<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC. and DOES 1 through 100, inclusive<br><br>Defendants. | U.S.D.C. Case No.: 3:12-cv-05326-EMC<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

It is hereby stipulated,  by and between the parties to this action, and their designated counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above

1 entitled action shall be discontinued and dismissed with prejudice , with each party agreeing to
2 bear his, her, or its own costs and attorneys' fees.

Dated: May 6, 2013     **LAW OFFICE OF JOSHUA A. BURT**

By: */s/* Joshua A. Burt
JOSHUA A. BURT
Attorney for Plaintiff
NICK MILETAK

Dated:  May 6, 2013     **MILLER LAW GROUP**
**A Professional Corporation**

By: */s/* Lisa C. Hamasaki
Lisa C. Hamasaki
M. Michael Cole
Attorneys for Defendant
AT&T SERVICES, INC.

4841-6475-3427, v. 1

IT IS SO ORDERED:

_____
Edward M. Chen
U. S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*