ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: ayen@unioncounsel.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MILETAK,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AT&T SERVICES, INC.,<br><br>　　　　　　　Defendant. | No. 3:12-CV-05326-EMC<br><br>[~~PRO~~POSED] ORDER<br><br>Judge:　　Hon. Edward M. Chen |

Based upon notice from Attorney Anne I. Yen and the law firm of Weinberg, Roger & Rosenfeld, they are not counsel in the case of *Nick Miletak v. AT&T Services, Inc.*, Case No. 3:12-cv-05326-EMC. Ms. Yen will be removed from all of the Court's notice and services lists with respect to this matter.

Dated: June __25__, 2015

By: _____
　　The Honorable
　　United States District

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1/816927

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

[PROPOSED] ORDER
Case No. 3:12-CV-05326-EMC

1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On June 22, 2015, I served upon the following parties in this action:

> Nick Miletak
> 14745 Conway Avenue
> San Jose, CA  95124

copies of the document(s) described as:

## [PROPOSED] ORDER

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on June 22, 2015.

                                                       /s/ Mary Piro
                                                       Mary Piro

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

[PROPOSED] ORDER
Case No. 3:12-CV-05326-EMC