1  ELIZABETH A. BROWN (SB# 235429)
   lisabrown@gbgllp.com
2  GBG LLP
   601 Montgomery Street, Suite 1150
3  San Francisco, CA 94111
   Telephone: (415) 603-5000
4  Facsimile: (415) 840-7210

5  Attorneys for Defendant
   AT&T SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NICK MILETAK, | Case No. 3:12-cv-05326-EMC |
|---|---|
| Plaintiff, | **DEFENDANT AT&T SERVICES, INC.'S NOTICE OF MOTION AND RENEWED MOTION FOR SANCTIONS** |
| vs. | |
| AT&T SERVICES, INC. and DOES 1 through 100, inclusive, | Date: June 11, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 |
| Defendants. | |

TO PLAINTIFF NICK MILETAK:

PLEASE TAKE NOTICE that on June 11, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 5 of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant AT&T Services, Inc. ("Defendant," "AT&T," or the "Company") will, and hereby does, move for sanctions against Plaintiff Nick Miletak for his bad faith litigation conduct.

This motion is brought on the grounds that Plaintiff has repeatedly engaged in bad faith litigation conduct.  Specifically, under this Court's inherent authority, Plaintiff's recent motion to set aside a settlement agreement he entered into in April 2013 is grounds for sanctions.  Plaintiff repeated the same meritless arguments in prior filings before this Court and has already been warned that his conduct may warrant an award of sanctions.  This Court's order denying Plaintiff's motion to set aside the settlement agreement was affirmed on appeal by the Ninth Circuit on March 3, 2020, because Plaintiff "failed to demonstrate any grounds warranting such relief."

Based on the foregoing, AT&T seeks monetary sanctions under this Court's inherent authority in the amount of $9,000.00 against Plaintiff.

This Motion is based on this Notice, the concurrently filed Memorandum of Points and Authorities, Declaration of Elizabeth A. Brown, and Proposed Order granting the Motion; all pleadings and other papers on file with the Court; and such further oral and documentary evidence as may be presented at or before the hearing on this Motion.

DATED:  May 1, 2020                                          GBG LLP


BY:      /s/ Elizabeth A. Brown
                ELIZABETH A. BROWN

Attorneys for Defendant
AT&T SERVICES, INC.