UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK MILETAK,

        Plaintiff,

    v.

AT&T SERVICES, INC.,

        Defendant.

Case No. 12-cv-05326-EMC

**ORDER OF DUTY JUDGE DENYING PERMISSION TO FILE**

On January 30, 2026, pro se litigant Nick Miletak requested permission of this Court to file a proposed motion. Mr. Miletak has been declared a vexatious litigant in this District. *See* ECF No. 123. The Court has ordered:

> The Clerk of this Court shall not file or accept any further complaints or motions filed by or on behalf of Mr. Miletak related to or arising from the Agreement against AT&T, Pacific Bell, or any of their subsidiaries or employees, unless and until that complaint or motion has first been reviewed by the general duty judge of this Court and approved for filing. If Mr. Miletak wishes to file such a complaint or motion, he shall provide a copy of the complaint or motion, a letter requesting that the complaint or motion be filed, and a copy of this Order to the Clerk of this Court. The Clerk shall then forward the complaint or motion, letter, and copy of this Order to the general duty judge for a determination whether the complaint should be accepted for filing.

*Id*. at 10. The Duty Judge, having reviewed the motion and accompanying documents, finds that the motion is without merit and denies Mr. Miletak's request to file another motion in this case.

    **IT IS SO ORDERED.**

    Dated: February 17, 2026

                              _____

                              Noël Wise
                              United States District Judge

United States District Court
Northern District of California